Circuit Court for Harford County
Case No. 12-C-16-002780
Argued: September 11, 2017

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 47
September Term, 2016

_____

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

LOUISA CONTENT MCLAUGHLIN

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

_____

PER CURIAM ORDER

_____

Filed: September 11, 2017

ATTORNEY GRIEVANCE            *     **In the**
COMMISSION OF MARYLAND

                             *     **Court of Appeals**

        v.                   *     **of Maryland**

LOUISA CONTENT MCLAUGHLIN     *     **Misc. Docket AG No. 47**
                                   **September Term, 2016**


### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 11th day of September 2017,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Louisa Content McLaughlin be, and she is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Louisa Content McLaughlin from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Louisa Content McLaughlin.

/s/ Mary Ellen Barbera
Chief Judge